UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL M. BLACK,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES SECRETARY OF STATE,** *et al.***,**<br><br>Defendants. | 2:22-CV-12523-TGB-CI<br><br>ORDER DISMISSING COMPLAINT |

On October 20, 2022, Crystal Black filed a complaint, raising claims regarding unreasonable delays in processing a visa request. On January 24, 2023, the Court directed her to show cause, on or before February 7, 2023, why her case should not be dismissed because she had not yet served any defendant with process. *See* Fed. R. Civ. P. 4(m).

As the Court explained, Federal Rule of Civil Procedure 4(m) requires service of process on defendants within 90 days of filing a complaint. To avoid dismissal, Black needed either to serve the defendants or provide a reasonable explanation for failing to do so. The Court warned Black that a failure to respond would result in dismissal of her complaint. But the February 7, 2023 deadline to respond has come and passed without any submission from her.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service on the defendants.

1

**IT IS SO ORDERED** this 24th day of February, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge