UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CRYSTAL M. BLACK,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED STATES SECRETARY OF STATE, *et al.*,**<br><br>Defendants. | 2:22-CV-12523-TGB-CI |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED AND ADJUDGED** this case is **DISMISSED without prejudice**.

Dated at Detroit, Michigan: February 24, 2023.

                                                      KINIKIA ESSIX
                                                      CLERK OF THE COURT

                                                      s/A. Chubb
                                                      Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE